**FILED**

AUG 0 8 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

EASTER

Jonathan Coffer
Name and Prisoner Booking Number
Salinas Valley State Prison
Place of Confinement
P.O. Box 1050
Mailing Address
Soledad CA 93960
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jonathan Christopher Coffer,
(Full Name of Plaintiff)          Plaintiff,

v.

(1) Officer Williamson,
Full Name of Defendant

(2) _____,

(3) _____,

(4) _____,
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them

2:22 - CV 1413 - ___ DB PC

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: Mule Creek State Prison, Ione.

## B. DEFENDANTS

1. Name of first Defendant: __Officer Williamson__. The first Defendant is employed as:
__Floor Officer__ at __Mule Creek Prison__.
          (Position and Title)                                       (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
_____ at _____.
          (Position and Title)                                       (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____.
          (Position and Title)                                       (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
          (Position and Title)                                       (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
     1. Parties: _____ v. _____
     2. Court and case number: _____.
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
               __Just filed 1 week ago__.

   b. Second prior lawsuit:
     1. Parties: _____ v. _____
     2. Court and case number: _____.
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
               _____.

   c. Third prior lawsuit:
     1. Parties: _____ v. _____
     2. Court and case number: _____.
     3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
               _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Sexual Harassment, threatened by staff, staff disrespect

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I wrote a 602 log # 79978 on a Officer Williamson at Mule Creek. This officer has beed been looking suspicious whenever he walks past my door & I feel threatened. I have caught him a number of times talking to the staff about how the inmate in number cell is a sex offender I have also wrote a 602 on this log # 67922 log # 79794. This made me feel unsafe.

The last incedent was when I walked down the stairs to go to the shower. He im not sur if on purpose our accidently but he brushed up against my ass & I acknowledged him & said "you touched my ck", He said no he didn't & I felt violeted like he did & told him again "yes you did". He clotter lined me to the ground. I was not resisting. I took further action & wrote a 602 & Pren

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**

a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes   ☐ No

b.  Did you submit a request for administrative relief on Claim II?      ☐ Yes   ☐ No

c.  Did you appeal your request for relief on Claim II to the highest level?      ☐ Yes   ☐ No

d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    ☐ Basic necessities            ☐ Mail              ☐ Access to the court        ☐ Medical care
    ☐ Disciplinary proceedings     ☐ Property          ☐ Exercise of religion       ☐ Retaliation
    ☐ Excessive force by an officer    ☐ Threat to safety  ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim III?                       ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?             ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

- Officer superiors to be notified
- pain & suffering

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 9-2-22
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.