UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER, | No. 2:22-cv-1413 DB P |
| Plaintiff, | |
| v. | ORDER AND |
| WILLIAMSON, | FINDINGS AND RECOMMENDATIONS |
| Defendant. | |

Plaintiff, a state prisoner, filed a civil rights action pursuant to 42 U.S.C. § 1983 on August 8, 2022. On September 16, 2022, plaintiff was granted an extension of time of 30 days to either pay the required filing fee of $350.00 plus the $52.00 administrative fee, or to file a motion to proceed in forma pauperis.[1] On October 13, 2002, plaintiff filed a request for copies in which plaintiff stated he had lost paperwork in a facility transfer was still "in need of more time."[2] (ECF No. 5.) The Clerk of the Court sent a one-time courtesy response with copies of the new case

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

[2] Plaintiff's request for copies also stated he wished to "go through the process [of his § 1983 lawsuit] from the beginning," (ECF No. 5 at 2), raising the question whether plaintiff intends to file a new suit instead of pursuing this one.

1

documents that were previously issued in this case and a copy of the title page of the complaint. (See id.) Still, plaintiff has not submitted a motion to proceed in forma pauperis, has not paid the filing fee, and has not otherwise responded to the court's September 16, 2022 order.

For the reasons set forth above, IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this case.

In addition, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 22, 2022

DLB7
coff1413.fr.fta.nca

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2